JOEL C. SPANN (State Bar No. 277615)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

ROBERT J. GANDY (State Bar No. 225405)
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant,
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PERRY J. FERRUCCI and BETSY P. FERRUCCI,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>BANK OF AMERICA, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-01043-JAM-KJN<br><br>**ORDER GRANTING STIPULATION FOR LEAVE TO FILE AN AMENDED ANSWER**<br><br>Filed concurrently with Stipulation |

///

///

///

70000.3654/15555741.1

1  This Court has reviewed the parties' joint stipulation for leave for Bank of America, N.A.
2  to file its First Amended Answer. In accordance with Local Rule 137(c), this Court GRANTS the
3  parties' request. Bank of America, N.A. shall file its First Amended Answer on or before
4  November 13, 2020.

5  IT IS SO ORDERED

7  DATED: November 10, 2020            /s/ John A. Mendez
8                                      THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE