1 | JOEL C. SPANN (State Bar No. 277615)
SEVERSON & WERSON
2 | A Professional Corporation
One Embarcadero Center, Suite 2600
3 | San Francisco, California 94111
Telephone: (415) 398-3344
4 | Facsimile: (415) 956-0439

5 | ROBERT J. GANDY (State Bar No. 225405)
SEVERSON & WERSON
6 | A Professional Corporation
The Atrium
7 | 19100 Von Karman Avenue, Suite 700
Irvine, California 92612
8 | Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant,
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PERRY J. FERRUCCI and BETSY P. FERRUCCI,<br><br>            Plaintiffs,<br><br>     vs.<br><br>BANK OF AMERICA, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendants. | Case No. 2:20-cv-01043-JAM-KJN<br><br>**ORDER GRANTING AMENDED STIPULATION TO CONTINUE DISCOVERY DEADLINES, DISPOSITIVE MOTION DEADLINES, THE PRETRIAL CONFERENCE, AND TRIAL**<br><br>Filed concurrently with Stipulation to Continue |

70000.3654/15715883.1

ORDER GRANTING AMENDED STIPULATION TO CONTINUE DISCOVERY DEADLINES, DISPOSITIVE MOTION DEADLINES, THE PRETRIAL CONFERENCE, AND TRIAL

Pursuant to the parties' stipulation, the Court amends the October 9, 2020 Status (Pre-Trial Scheduling) Order (Dkt. 16) as follows:

1. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by June 4, 2021;

2. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by June 25, 2021;

3. The deadline for completion of all discovery, as defined within the October 9, 2020 Status (Pre-Trial Scheduling) Order, shall be July 23, 2021;

4. The Joint Mid-Litigation Statements, as defined within the October 9, 2020 Status (Pre-Trial Scheduling) Order, shall be filed no later than fourteen (14) days prior to the close of discovery;

5. All dispositive motions shall be filed by August 27, 2021. Hearing on such motions shall be on October 19, 2021 at 1:30 p.m.;

6. The final pre-trial conference shall be November 19, 2021 at 11:00 a.m. The deadline to file the joint pre-trial statement shall be November 12, 2021;

7. Jury trial in this matter shall be set for February 14, 2022 at 9:00 a.m.

**IT IS SO ORDERED**

DATED: March 24, 2021                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE