Jennifer Sun (State Bar No. 238942)
jennifersun@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:	(949) 851-3939
Facsimile:	(949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY J. FERRUCCI AND BETSY P. FERRUCCI,<br><br>  Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendants. | Case No. 2:20-cv-01043-JAM-KJN<br><br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER RE: SETTING OF SETTLEMENT CONFERENCE**<br><br>Complaint filed:  May 21, 2020 |

IT IS HEREBY STIPULATED by and between Plaintiffs Perry J. and Betsy P. Ferrucci ("Plaintiffs"), and Defendants Bank of America, N.A. ("BANA") and Experian Information Solutions, Inc. ("Experian"), through their respective attorneys of record, as follows:

WHEREAS, on September 30, 2020, the parties filed their Fed. R. Civ. P. 26(f) Joint Report and requested that a Settlement Conference be set in this action in February 2021 (ECF No. 15 at 10);

WHEREAS, on October 9, 2020, the Court issued its Status (Pre-trial Scheduling) Order, wherein the Court did not set a Settlement Conference, but indicated that the parties could request that one be scheduled prior to the final pre-trial conference (ECF NO. 16 at 8);

WHEREAS, the parties have completed written discovery, subpoenaed documents from

1  non-parties, and completed the depositions of both Plaintiffs, and agree that they have completed

2  sufficient discovery at this time to engage in good faith settlement discussions without incurring

3  unnecessary fees and costs conducting additional depositions and non-party discovery;

4      WHEREAS, Plaintiffs have engaged in settlement discussions with each Defendant, but at

5  this time, only Plaintiffs and Defendant Equifax Information Services LLC have been able to

6  reach a settlement; however, settlement discussions with BANA and Experian are ongoing;

7      WHEREAS, counsel for Plaintiff, BANA, and Experian have met and conferred about

8  options for facilitating resolution of their disputes in this action and evaluating each party's

9  respective positions, and believe that a Settlement Conference with a U.S. Magistrate Judge

10  would be the most effective method for doing so; and

11      WHEREAS, the parties desire to schedule a Settlement Conference within the next 30-60

12  days to facilitate their ongoing settlement discussions, and prior to completing discovery and

13  filing planned dispositive motions.

14      THEREFORE, the parties respectfully request that the Court refer this action to a U.S.

15  Magistrate Judge for purposes of setting a Settlement Conference at the earliest available date

16  convenient to the Court.

17  Dated:  August 12, 2021                  JONES DAY

18

19                                        By: */s/ Jennifer Sun*
                                             Jennifer Sun

20                                    Attorneys for Defendant
                                  EXPERIAN INFORMATION SOLUTIONS,
21                                    INC.

22

23  Dated:  August 11, 2021                  ZEMEL LAW, LLC

24                                    By: */s/ (authorized 8/11/2021)*
25                                        Daniel Zemel (*Admitted pro hac vice*)

26                                    Attorneys for Plaintiffs
                                  BETSY & PERRY FERRUCCI

27

28

| | |
|---|---|
| Dated:  August 11, 2021 | SEVERSON & WERSON |
| | By: /s/ (authorized 8/11/2021) |
| |     Joel C. Spann |
| | Attorneys for Defendant |
| | BANK OF AMERICA, N.A. |

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED that this action is being referred to a U.S. Magistrate Judge for the setting of a Settlement Conference at the earliest available date.  IT IS HEREBY ORDERED that the parties contact the Courtroom Deputy for Magistrate Judge Allison Claire to obtain available dates for the Settlement Conference forthwith.

| | |
|---|---|
| Dated:  August 12, 2021 | /s/ John A. Mendez |
| | THE HONORABLE JOHN A. MENDEZ |
| | UNITED STATES DISTRICT COURT JUDGE |