1 | JOEL C. SPANN (State Bar No. 277615)
SEVERSON & WERSON
2 | A Professional Corporation
One Embarcadero Center, Suite 2600
3 | San Francisco, California 94111
Telephone: (415) 398-3344
4 | Facsimile: (415) 956-0439

5 | J. OWEN CAMPBELL (State Bar No. 229976)
SEVERSON & WERSON
6 | A Professional Corporation
The Atrium
7 | 19100 Von Karman Avenue, Suite 700
Irvine, California 92612
8 | Telephone: (949) 442-7110
Facsimile: (949) 442-7118

9

10 | Attorneys for Defendant,
BANK OF AMERICA, N.A.

11 | UNITED STATES DISTRICT COURT

12 | EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

13

| | |
|---|---|
| PERRY J. FERRUCCI and BETSY P. FERRUCCI,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:20-cv-01043-JAM-KJN<br><br>**ORDER GRANTING STIPULATION TO STAY LITIGATION PENDING THE PARTIES' SETTLEMENT CONFERENCE**<br><br>Filed concurrently with Stipulation to Stay Litigation Pending Settlement Conference |

Ferrucci - amended stip - proposed order.docx

ORDER GRANTING STIPULATION TO STAY LITIGATION PENDING THE PARTIES' SETTLEMENT CONFERENCE

Pursuant to the parties' stipulation, the Court orders as follows:

1. This lawsuit is **STAYED** pending the conclusion of the October 7, 2021 settlement conference;

2. That all future dates and deadlines (excepting the October 7, 2021 settlement conference and September 30, 2021 deadline to submit confidential settlement conference statements) are **VACATED**;

3. That the stay does not affect any prior dates and deadlines;

4. That the Parties file a joint status report with the Court by October 21, 2021, advising the Court as to the lawsuit's status, and proposing future dates.

**IT IS SO ORDERED**

Dated: August 23, 2021        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE