Cheryl O'Connor (State Bar No. 173897)
coconnor@jonesday.com
Matthew T. Billeci (State Bar No. 329014)
mbilleci@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:   (949) 851-3939
Facsimile:    (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY J. FERRUCCI AND BETSY P. FERRUCCI,<br><br>                           Plaintiffs,<br><br>            v.<br><br>BANK OF AMERICA, N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                           Defendants. | Case No. 2:20-cv-01043-JAM-KJN<br><br>Hon. John A. Mendez<br><br>**STIPULATION AND ORDER RE: EXTENSION OF DEADLINE TO FILE DISPOSITION DOCUMENTS**<br><br>Complaint filed:  May 21, 2020 |

   Plaintiffs Perry Ferrucci and Betsy P. Ferrucci along with the Defendant Experian Information Solutions, Inc. ("Experian"), pursuant to Local Rule 160(d), hereby stipulate and agree that good cause exists for extending the deadline by which to file disposition documents by thirty (30) days.

   1.     Plaintiffs filed a notice of settlement on February 2, 2022.  (ECF No. 55).

   2.     That same day, the Court ordered the Parties to file dispositional documents within sixty (60) days in accordance with Local Rule 160. (ECF No. 56).

   3.     On April 4, 2022, the Parties filed a stipulation seeking an extension of thirty (30) days to file the disposition documents.  (ECF. No. 59).  The Court granted the stipulation on April

5, 2022. (ECF. No. 60).

4. The Parties have agreed to the terms of the final settlement agreement. The lone remaining item is for Experian to distribute the settlement payment to Plaintiff. Within three business days of receiving the payment, Plaintiff will file the disposition documents.

5. The Parties believe that allowing a thirty (30) day extension will serve the ends of judicial economy.

6. The Parties have agreed to seek this extension for good cause, in good faith, and not for the purpose of delay. The Parties do not anticipate any need to request additional time beyond the thirty (30) day period requested herein.

7. Accordingly, the Parties jointly stipulate to and request of this Honorable Court that it grant a thirty (30) day extension to file disposition documents.

WHEREFORE, Plaintiff and Experian pray that this Court extend the above-referenced deadline and execute the proposed Order regarding the same, which is filed herewith, and for all other just and appropriate relief.

Dated: May 6, 2022

JONES DAY

By: /s/ Matthew T. Billeci
Matthew T. Billeci

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

ZEMEL LAW, LLC

By: /s/ Daniel Zemel
Daniel Zemel, Esq.
Attorney for Plaintiff
PERRY J. FERRUCCI and BETSY P. FERRUCCI

### **ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED that the parties shall have an additional thirty (30) days from the date of this order to file dispositional documents in accordance with the provisions of Local Rule 160.

Dated: May 6, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE